UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5582 DOC (CW) | Date | January 6, 2011 |
|---|---|---|---|
| Title | Joseph Taubman v. Warden | | |

| Present: The Honorable | Carla Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**   (In Chambers)

    This habeas petition was filed on July 27, 2010, when Petitioner was in the custody of the Los Angeles County Superior Court pending trial, and challenged that pretrial custody. The court has learned that Petitioner has since been convicted (on a guilty plea), sentenced, and remanded to state prison. Thus, it appears that the claims originally raised in the petition are now moot. On the other hand, if the petitioner were to be amended to challenge Petitioner's conviction, such an amended petition would be subject to dismissal because Petitioner has not exhausted state court remedies on any such claims.

    The court therefore **ORDERS** as follows:

    1.   On or before February 3, 2011, Petitioner shall show cause, in writing, why the Petition should not be dismissed as moot.

    2.   If Petitioner does not timely comply with this order, this action will also be subject to dismissal for failure to prosecute, as well as for the reasons noted above.

```
cc:   Joseph Taubman, D-95099
      California Institution for Men
      P.O. Box 441
      Chino, CA 91780

      Kenneth Byrne
      Supervising Deputy Attorney General
      300 S. Spring St., Suite 1702
      Los Angeles, CA 90013
```