**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSEPH TAUBMAN, | ) | No. CV 10-5582-DOC(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that this petition is dismissed as moot.

DATED: <u>February 17, 2011</u>

_/s/ David O. Carter_
DAVID O. CARTER
United States District Judge